IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 4:20-cr-7 (CDL) |
| | : |
| v. | : VIOLATIONS: |
| | :    18 U.S.C. § 922(g)(1) |
| AUBREY CRITTENDEN, | :    18 U.S.C. § 924(a)(2) |
| | :    18 U.S.C. § 924(d)(1) |
| Defendant | :    28 U.S.C. § 2461(c) |
| | : |

**THE GRAND JURY CHARGES:**

## COUNT ONE
### (POSSESSION OF A FIREARM BY A CONVICTED FELON)

On or about September 26, 2019, in the Columbus Division of the Middle District of Georgia, the defendant,

**AUBREY CRITTENDEN,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly possess a firearm, that is, one (1) Ruger, Model: Security-9. 9mm pistol, bearing Serial Number: 382-08258, said firearm having been shipped and transported in interstate and foreign commerce; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### FORFEITURE NOTICE
(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) - Criminal Forfeiture)

1.  The allegation contained in Count One of this Indictment is hereby re-alleged and incorporated by reference into this Notice for the purpose of alleging

forfeiture to the United States of America, pursuant to the provisions of Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c).

2. Upon conviction of an offense in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2) set forth in Count One of this Indictment, the Defendant,

**AUBREY CRITTENDEN,**

shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense.

3. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

    (a) cannot be located upon exercise of due diligence;

    (b) has been transferred, sold to or deposited with, a third person;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), through Title 18, United States Code, Section 924(d)(1).

All pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

A TRUE BILL

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

CHARLES E. PEELER
UNITED STATES ATTORNEY

Presented by:

_____
CHRISTOPHER WILLIAMS
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 12 day of February, 2020.

_____
Deputy Clerk

3