IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO. 4:20-CR-7 (CDL) |
| AUBREY CRITTENDEN, Defendant | : |

## LIMITED WAIVER OF SIXTH AMENDMENT RIGHT TO CONFRONTATION

I, AUBREY CRITTENDEN, understand that I have the right to confront the witnesses against me under the Sixth Amendment of the U.S. Constitution. Due to the COVID-19 pandemic, the Court has required all witnesses to wear a mask while testifying in the trial. I understand that this mask requirement for witnesses may affect my right to fully confront the witnesses against me.

After consulting with my attorney, I knowingly and voluntarily waive my right to confrontation only to the extent my right is impacted by the mask requirement for testifying witnesses.

Date: _____

_____
AUBREY CRITTENDEN
DEFENDANT

_____
PETE TEMESGEN
ATTORNEY FOR DEFENDANT

_____
CLAY LAND
U.S. DISTRICT COURT JUDGE



EXHIBIT A