IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIM. NO. 4:20-CR-7-CDL |
| v. : | |
| : | |
| AUBREY CRITTENDEN : | |
| _____ : | |

### RESPONSE TO SHOW CAUSE ORDER

Pursuant to this Court's August 21, 2020 Order to Show Cause (Doc. 40), the United States Attorney for the Middle District of Georgia files this Response. As previously stated, the United States is ready and willing to try this case and does not seek to continue it. That said, if Defendant wishes to file a continuance, the Government would not oppose that request. In addition, in the event that Defendant does not provide sufficient reasons to proceed to trial during the moratorium, the Government does not oppose the continuance of the case to the Court's regularly scheduled January 2021 trial term.

Furthermore, in a pleading filed on August 12, 2020 (Doc. 38), the Government set forth certain concerns regarding the Court's COVID-19 trial protocols. The Court overruled those objections in an August 21, 2020 Order (Doc. 39). Having reviewed the Court's order, the Government no longer maintains its previously raised objections.

Respectfully submitted, this 26th day of August, 2020.

CHARLES E. PEELER
UNITED STATES ATTORNEY

*/s/Chris Williams*
CHRISTOPHER WILLIAMS
ASSISTANT UNITED STATES ATTORNEY
GA Bar No. 344049
United States Attorney's Office
Middle District of Georgia

*Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I certify that I have this day filed the foregoing document utilizing the Court's CM/ECF program, which will cause electronic notice to be provided to counsel of record.

Respectfully submitted, this 26th day of August, 2020.

                                      CHARLES E. PEELER
                                      UNITED STATES ATTORNEY

                                      */s/Chris Williams*
                                      CHRISTOPHER WILLIAMS
                                      ASSISTANT UNITED STATES ATTORNEY
                                      GA Bar No. 344049
                                      United States Attorney's Office
                                      Middle District of Georgia

                                      *Attorneys for the United States of America*