## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**AUBREY CRITTENDEN** | **Case No.: 4:20-CR-00007-CDL-MSH** |

## CONTINUANCE ORDER

On December 14, 2020, Chief Judge Marc Treadwell entered Standing Order 2020-13 extending the jury trial moratorium in this District through February 28, 2021 (ECF No. 52). Pursuant to that order, the jury trial in this case previously scheduled to begin on January 25, 2021 is continued to March 1, 2021. Furthermore, the motion to suppress hearing and final pretrial conference previously scheduled for December 21, 2020 is rescheduled to February 1, 2021 at 9:00 A.M. The Court adopts the findings in the Standing Order regarding the need for the continuance and specifically finds that the interests supporting the continuance substantially outweigh the interest of Defendant and the public in a speedier trial. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. Section 3161.

It is SO ORDERED, this 14th day of December, 2020.

S/Clay D. Land
HONORABLE CLAY D. LAND
UNITED STATES DISTRICT COURT