**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> **v.** <br><br> **AUBREY CRITTENDEN** | **Case No.: 4:20-CR-00007-CDL-MSH-1** |

**ORDER ON MOTION FOR CONTINUANCE**

Defendant *Aubrey Crittenden* has moved the Court to continue the trial of his case, presently scheduled for May 24, 2021. The Government does not oppose this motion. Additional time is needed for new counsel to receive and review discovery, hold a legal meeting(s) with Mr. Crittenden, and requires additional time to investigate, research and discuss the government's case in chief with Mr. Crittenden. The Court finds that it is in the interests of justice to allow the defendant to complete pretrial with new counsel and that these interests outweigh the interest of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Accordingly, Defendant's Motion for Continuance [Doc. 67] is **GRANTED**, and it is hereby ordered that this case shall be continued until the Court's September trial calendar. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. Section 3161.

It is SO ORDERED, this 20th day of April, 2021.

S/Clay D. Land_____
HONORABLE CLAY D. LAND
UNITED STATES DISTRICT COURT